# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | | |
|---|---|---|
| In re: | ) | |
|     Michael Todd Johnston | ) | Civil No. _____7:21mc3_____ |
|     Debtor | ) | |
| | ) | |

--------------------------------------------------------------------------------------------------

| | | |
|---|---|---|
| | ) | |
| Michael Todd Johnston | ) | |
|     Plaintiff | ) | |
| | ) | |
| v. | ) | Bankr. Adv. Proc. No. 20-07041 |
| | ) | |
| Speedway, LLC | ) | |
|     Defendant | ) | |

## DEFENDANT'S MOTION TO
## WITHDRAW THE REFERENCE OF ADVERSARY PROCEEDING

Pursuant to 28 U.S.C. § 157(d), Rule 38 of the Federal Rules of Civil Procedure, Rule 5011 of the Federal Rules of Bankruptcy Procedure, and Rule 9015-1 of the Local Rules of the United States Bankruptcy Court for the Western District of Virginia (the "Bankruptcy Court"), Speedway LLC ("Defendant" or "Speedway"), by and through undersigned counsel, hereby submits this Motion to Withdraw the Reference of Adversary Proceeding No. 20-07041, captioned above (the "Adversary Proceeding"), filed by Plaintiff Michael Todd Johnston ("Plaintiff" or "Debtor"), from the Bankruptcy Court.

Speedway submits this Motion without prejudice to, and without waiver of, any rights, arguments, or defenses that Speedway might have at law or in equity, including defenses based on lack of subject matter jurisdiction. Speedway further reserves the right to renew its Motion to Dismiss, which it has filed on this date in the Bankruptcy Court, before this Court upon the withdrawal of the reference.

WHEREFORE, and for the reasons set forth in detail in the accompanying memorandum

1

3

of points and authorities thereto, which is incorporated herein by reference, Speedway respectfully requests that this Court enter an Order: (i) granting this Motion; (ii) withdrawing the reference of the Adversary Proceeding from the Bankruptcy Court so that this proceeding may be heard in the United States District Court for the Western District of Virginia; and (iii) awarding such other and further relief as the Court deems just and proper.

Dated:          January 27, 2021                    Respectfully submitted,

                                        By:     /s/ Joon Hwang                                    .
                                                Joon Hwang (VSB # 82248)
                                                jhwang@littler.com
                                                Alexander P. Berg (VSB # 95557) (*pro hac vice* to be filed)
                                                aberg@littler.com
                                                LITTLER MENDELSON, P.C.
                                                1650 Tysons Blvd.
                                                Suite 700
                                                Tysons Corner, VA  22102
                                                Telephone:   703.442.8425
                                                Facsimile:    703.442.8428

                                                Counsel for Defendant Speedway LLC