IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| In re: | * | |
|    Michael Todd Johnston | * | Chapter 13 |
|    Debtor | * | Case No.  20-70931 |

-----------------------------------------------------------------------------------------------------------------

| | | |
|---|---|---|
|    Michael Todd Johnston | * | |
|    Movant | * | |
| | * | Case 7:21-mc-0003-GEC |
|         v. | * | |
| | * | |
| | * | |
|    Speedway, LLC | * | |
|    Defendant | * | |

**PLAINTIFF'S RESPONSE TO SPEEDWAY LLC'S MOTION TO WITHDRAW THE REFERENCE**

The Plaintiff consents to Withdrawal of the Reference.

Respectfully Submitted:

MICHAEL TODD JOHNSTON

By:_ /s/ *Malissa L. Giles*_____

Counsel

Malissa L. Giles
VSB Number 33955
Heather Renae Parsons
VSB Number 85108
Giles & Lambert, PC
P.O. Box 2780
Roanoke, VA 24001
540-981-9000
mgiles@gileslambert.com
hparsons@gileslambert.com

**CERTIFICATE OF SERVICE**

I hereby certify that I have this 16th day of February 2021 filed the foregoing Response via the Court's ECF system, which will automatically serve a copy on all parties of record.

By:  /s/ *Malissa L. Giles*
Malissa L. Giles